IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **Celebration IP LLC,** | Case No. 2:20-cv-00120-JRG-RSP |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Diodes Incorporated,** | |
| Defendant. | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to dismiss this action with prejudice.

Each party shall bear its own costs, expenses, and attorneys' fees.


Dated: February 26, 2021

Respectfully submitted,

/s/ Isaac Rabicoff
Isaac Rabicoff
Rabicoff Law LLC
5680 King Centre Dr, Suite 645
Alexandria, VA 22315
7736694590
isaac@rabilaw.com


**Counsel for Plaintiff
Celebration IP LLC**

1

/s/ *Amanda Aline Abraham*
Amanda Aline Abraham
The Roth Law Firm
115 N. Wellington, Suite 200
P O Box 876
Marshall, TX 75671-0876
903-935-1665
Fax: 903-935-1797
Email: aa@rothfirm.com

**Counsel for Defendant**
**Diodes Incorporated**

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on February 26, 2021 via the Court's CM/ECF system.

/s/ Isaac Rabicoff
Isaac Rabicoff
