# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **Celebration IP LLC,** | Case No. 2:20-cv-00120-JRG-RSP |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Diodes Incorporated,** | |
| Defendant. | |

**[PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

The request to dismiss this matter with prejudice is hereby GRANTED.